UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHAD R. HANSEN,<br><br>        Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>        Defendant. | No.  CV-13-5048-FVS<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  The matter is remanded to the Commissioner for additional proceedings pursuant to sentence four of 42 U.S.C. 405(g).

DATED:  August 7, 2014

                              SEAN F. McAVOY
                              Clerk of Court

                              By: *s/Virginia Reisenauer*
                                      Deputy Clerk

1 | JUDGMENT IN A CIVIL CASE